GARY M. RESTAINO
United States Attorney
District of Arizona
THOMAS C. SIMON
Assistant United States Attorney
Arizona State Bar No. 03857
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: tom.simon@usdoj.gov
Attorneys for Plaintiff

**REDACTED FOR PUBLIC DISCLOSURE**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No. CR-22-1355-PHX-SMB (JZB) |
|---|---|
| Plaintiff, | **INDICTMENT** |
| vs. | VIO: 18 U.S.C. §§ 1153 and 113(a)(3) (CIR-Assault with a Dangerous Weapon) |
| Lindsey Hopkins, | |
| Defendant. | Count 1 |

THE GRAND JURY CHARGES:

On or about April 1, 2022, in the District of Arizona, within the confines of the San Carlos Apache Indian Reservation, Indian Country, defendant, LINDSEY HOPKINS, an Indian, did intentionally and knowingly assault D.P. with a dangerous weapon, that is, a sword, with intent to do bodily harm.

In violation of Title 18, United States Code, Sections 1153 and 113(a)(3).

A TRUE BILL

s/
FOREPERSON OF THE GRAND JURY
Date: October 12, 2022

GARY M. RESTAINO
United States Attorney
District of Arizona

s/
THOMAS SIMON
Assistant U.S. Attorney